IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMPSON CONSTRUCTION CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEVELOPERS SURETY AND INDEMNITY COMPANY, <br><br> Defendant. | **4:20CV3149** <br><br> **ORDER** |

After conferring with counsel, IT IS ORDERED:

1) All progression and discovery deadlines are stayed pending further order of the court.

2) A telephonic status conference to discuss the outcome of the parties' planned mediation is set for **July 16, 2021 at 9:00 a.m**. before the undersigned magistrate judge. The conference will be cancelled on advanced notice from the parties that this case has settled.

Dated this 28th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge